**Richard GOLD and Alice Gold,
his wife, Appellants,**

v.

**SUMMIT TOWNSHIP, BUTLER
COUNTY, Appellee.**

Supreme Court of Pennsylvania.

Submitted July 12, 1996.

Decided June 19, 1997.

John Lane Geyer, for Appellants.

Alexander H. Lindsey, Jr., for Appellees.

### *ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

NEWMAN, J., did not participate in the consideration or decision of this case.

◼

**COMMONWEALTH of Pennsylvania,
Respondent,**

v.

**John S. HUDAK, Petitioner.**

Supreme Court of Pennsylvania.

June 25, 1997.

### *ORDER*

PER CURIAM:

AND NOW, this 25th day of June, 1997, we **GRANT** the Petition for Allowance of Appeal and **VACATE** the Order of the Superior Court and **REMAND** to the Superior Court for reconsideration of its decision in light of *Commonwealth v. McPhail,* 547 Pa. 519, 692 A.2d 139 (1997).

◼

**COMMONWEALTH of Pennsylvania,
Respondent,**

v.

**Clarence ROGERS, Petitioner.**

Supreme Court of Pennsylvania.

June 25, 1997.

### ORDER

PER CURIAM:

AND NOW, this 25th day of June, 1997, the Petition for Allowance of Appeal is GRANTED. The decision of the Superior Court is REVERSED. The matter is REMANDED to the Trial Court to allow Petitioner to file a Motion for New Trial Nunc Pro Tunc challenging the weight of the evidence pursuant to Rule of Criminal Procedure 1410(b)(1)(a)(iv). *See Commonwealth v. Widmer,* 547 Pa. 137, 689 A.2d 211 (1997).